IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHNNY PALERMO, and<br>RICHARD GONZALEZ, a/k/a "Richie,"<br><br>        Defendants. | 4:23CR3052<br><br>MOTION TO RESTRICT |

    COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests this Court to issue an Order pursuant to the E-Government Act restricting access to the Government's Response to Objections to Detention Orders as this document contains information protected from public viewing in accordance with the law.

    Dated this 22nd day of May, 2023.

                                                   UNITED STATES OF AMERICA

                                                   STEVEN A. RUSSELL
                                                   United States Attorney
                                                   District of Nebraska

                              By:    s/ Lesley Woods
                                    LESLEY WOODS, TX #24092092
                                    Assistant U.S. Attorney
                                    1620 Dodge Street, Suite 1400
                                    Omaha, NE  68102-1506
                                    Tel:  (402) 661-3700
                                    Fax:  (402) 661-3084
                                    E-mail: lesley.woods@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

                                                  s/ Lesley Woods
                                                  Assistant U.S. Attorney