IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHNNY PALERMO, and<br>RICHARD GONZALEZ, a/k/a "Richie,"<br><br>        Defendants. | 4:23CR3052<br><br>MOTION TO SEAL |

    COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Court for permission to seal the Government's Index of Evidentiary Materials and its attached Exhibits related to the Government's Response to Defendants' Objections to Detention Order. The exhibits contain sensitive information that is protected from public viewing in accordance with the law.

    Dated this 22nd day of May, 2023.

                                                  UNITED STATES OF AMERICA

                                                  STEVEN A. RUSSELL
                                                  United States Attorney
                                                  District of Nebraska

                             By:    s/ Lesley Woods
                                       LESLEY WOODS, TX #24092092
                                       Assistant U.S. Attorney
                                       1620 Dodge Street, Suite 1400
                                       Omaha, NE 68102-1506
                                       Tel: (402) 661-3700
                                       Fax: (402) 661-3084
                                       E-mail: lesley.woods@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that on May 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

                                              s/ Lesley Woods
                                              Assistant U.S. Attorney