# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
### OFFICE OF THE CLERK
www.ned.uscourts.gov

**Denise M. Lucks**
**Clerk of Court**

**Gabriela Acosta**
**Chief Deputy Clerk**

## U. S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOTICE OF APPEAL (NOA) SUPPLEMENT
**DISTRICT OF NEBRASKA**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption**:

USA v. Richard Gonzalez et al.

**Case Number**:

4:23CR3052-JMG-CRZ

**Appellant**:

Richard Gonzalez

**Attorney(s)**:

Steve Lefler
Matthew Burns
1213 JONES St.
Omaha, Nebraska 68102
(402) 342 4433

**Appellee:**

USA

**Attorney(s)**:

Lesley A. Woods
Donald J. Kleine
ASSISTANT UNITED STATES ATTORNEY - OMAHA
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506
(402) 661-3700

**Court Reporter(s)**:

Lisa Grimminger and Digital

**Please return files and documents to**:

Lincoln

**Person to contact about the appeal**:

Nicki Wenzl

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379

June 20, 2023
Page 2

| Length of Trial | Fee | IFP | Pending IFP |
|---|---|---|---|
| N/A | paid | N | N |

| Counsel | Pending Motions | Local Interest | Simultaneous Release? |
|---|---|---|---|
| Retained | N | Y | N |

**Criminal Cases/Prisoner Pro Se Cases only**:

**Is defendant incarcerated?**   Y

**Where?**   Richard Gonzalez #55541-510, Saunders County Jail

**Please list all other defendants in this case if there were multiple defendants**

Vincent J. Palermo;
Johnny Palermo

**Special Comments**:

Forms-Appeal-NOA_Supplement
Approved Date: 12/22/14