**United States Court of Appeals**
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

Michael E. Gans
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 23, 2023

Mr. Matthew D. Burns
LEFLER & KUEHL
1213 Jones Street
Omaha, NE  68102

Mr. Steven J. Lefler
LEFLER & KUEHL
1213 Jones Street
Omaha, NE  68102

      RE:  23-2484  United States v. Richard Gonzalez
           23-2487  United States v. Richard Gonzalez

Dear Counsel:

      The district court has transmitted notices of appeal in this matter, and we have docketed them under the caption and case numbers shown above. Please include the appropriate caption and case number on all correspondence or pleadings submitted to the court. Counsel in the cases must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      These appeals have been filed pursuant to Federal Rule of Appellate Procedure 9. The court requires counsel to file an abbreviated record and statements of the case in Rule 9 cases. Within seven days of the date of this docketing letter, appellant's counsel shall file a statement of the case, setting forth the facts, legal issues and relief sought. This statement may be filed in letter or pleading form. Additionally, counsel shall attach to the statement such portions of the district court record as may be required for appellate review of the district court's ruling. Within seven days of service of the appellant's statement, the appellee shall file a responsive statement of the case. Upon receipt of the response, the clerk's office will submit the matter to a panel of judges for a ruling.

      The above cases have been consolidated for the purpose of filing the statement of the case and response.

      If you have any questions about the schedule or procedures for the case, please contact our office.

                    Michael E. Gans
                    Clerk of Court

CJO

Enclosure(s)

cc:    Ms.  Clerk, U.S. District Court, District of Nebraska
        Ms. Susan M. DeVetter
        Richard Gonzalez
        Ms. Lisa Grimminger
        Mr. Donald James Kleine
        Ms. Lesley A. Woods

        District Court/Agency Case Number(s):  4:23-cr-03052-JMG-3
                                              4:23-cr-03051-JMG-2

**Caption For Case Number:   23-2484**

United States of America

> Plaintiff - Appellee

v.

Richard Gonzalez, also known as Richie

> Defendant - Appellant

**Caption For Case Number:   23-2487**

United States of America

> Plaintiff - Appellee

v.

Richard Gonzalez, also known as Richie

> Defendant - Appellant

**Addresses For Case Participants:   23-2484**

Mr. Matthew D. Burns
LEFLER & KUEHL
1213 Jones Street
Omaha, NE  68102

Mr. Steven J. Lefler
LEFLER & KUEHL
1213 Jones Street
Omaha, NE  68102

Ms.  Clerk, U.S. District Court, District of Nebraska
U.S. DISTRICT COURT
District of Nebraska
Room 593
100 Centennial Mall North
Lincoln, NE  68508-3803


Ms. Susan M. DeVetter
Suite 3130
111 S. 18th Plaza
Omaha, NE  68102-1322

Richard Gonzalez
SAUNDERS COUNTY JAIL
225 South High Street
Wilber, NE  68465

Ms. Lisa Grimminger
ROMAN L. HRUSKA U.S. COURTHOUSE
Suite 3131
111 S. 18th Plaza
Omaha, NE  68102

Mr. Donald James Kleine
U.S. ATTORNEY'S OFFICE
District of Nebraska
Suite 1400
1620 Dodge Street
Omaha, NE  68102-1506

Ms. Lesley A. Woods
U.S. ATTORNEY'S OFFICE
District of Nebraska
Suite 1400
1620 Dodge Street
Omaha, NE  68102-1506